ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Chief, Drug and Organized
Crime Section

MARION PERCELL
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Marion.Percell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 20 2016
at 1 o'clock and 05 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. VILIAMI TAPUKETA NAUFAHU, Defendant. | MAG. NO. 16-0871 KSC<br>CRIMINAL COMPLAINT |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 19, 2016, in the District of Hawaii, VILIAMI TAPUKETA NAUFAHU, defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, namely a Smith & Wesson .38 caliber

handgun, serial number 449J44, which possession was in and affecting commerce in that it had previously been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint," which is attached hereto and incorporated herein by reference.

James D. Mitchell
Special Agent, FBI

Sworn to before me and
subscribed in my presence
this 20th day of July, 2016.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

HON. J. MICHAEL SEABRIGHT
United States District Judge
District of Hawaii

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, James D. Mitchell, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, deposes and states as follows:

1. I am a duly appointed Special Agent of the FBI, having been employed as such since October 2012. I am authorized to investigate violations of federal law, including the narcotics and firearms violations contained in Title 18 and Title 21. I am currently assigned to the Honolulu Division, Criminal Enterprise Squad.

2. This affidavit is made in support of a criminal complaint against VILIAMI TAPUKETA NAUFAHU. Since this affidavit is submitted for this limited purpose, I have not included each and every fact concerning this investigation. I have set forth only the facts that I believe are necessary to establish the probable cause for the warrant.

3. On July 19, 2016, I received information from other law enforcement officers that an illegal drug transaction was going to occur in the near future in the vicinity of Champs Sports in the Pearl Ridge shopping center. I and other law enforcement officers conducted surveillance at that location, and less than two hours later we observed that two individuals met in a restroom near Champs Sports and exchanged a medium-sized plastic bag labeled "Champs" that appeared to contain a box, which had been brought by one of the individuals, with a backpack that had been brought by the other individual. The individual who brought the backpack into the

restroom and left the restroom with the plastic bag labeled "Champs" was later identified as defendant NAUFAHU.

4. Based upon the covert exchange of a plastic bag with a backpack (each of which was large enough to have contained a significant quantity of illegal narcotics or currency) in a public restroom, I believe it was reasonable to conclude that NAUFAHU had just been involved in a narcotics transaction with another individual.

5. As NAUFAHU approached an exit from the shopping center, I and another law enforcement officer approached him and identified ourselves as law enforcement officers. For reasons of officer safety, I asked NAUFAHU if he had any sharp objects or weapons on his person. NAUFAHU advised me that he had a firearm in his pocket and indicated it was in his right front pocket. Another law enforcement officer retrieved the firearm from his pocket.

6. NAUFAHU was then placed under arrest and transported to the Honolulu office of Homeland Security Investigation for an interview. At the outset of the interview, NAUFAHU was advised of his Constitutional rights orally and in writing. NAUFAHU stated he understood his rights, waived his rights, and agreed to answer questions.

7. During the interview, NAUFAHU identified himself as VILIAMI TAPUKETA NAUFAHU, born on November 21, 1990. NAUFAHU

admitted that he was carrying the firearm for protection and that he had been conducting a drug transaction with another individual before the law enforcement officers approached him. NAUFAHU stated that he had just delivered five pounds of methamphetamine to this other individual and that he received approximately $50,000 in cash from this individual. A search of the Champs bag NAUFAHU was carrying revealed a box that proved to contain $49,170 in U.S. currency. In addition, NAUFAHU was carrying $3,584 on his person. NAUFAHU further admitted that he had previously been convicted of a felony in California and knew he was not allowed to carry a firearm.

5. I have reviewed a computerized criminal history of VILIAMI TAPUKETA NAUFAHU maintained by the State of California. This record reflects that NAUFAHU was arrested on January 7, 2011 on two felony drug charges in Redwood City, California. This record further reflects that NAUFAHU was convicted of both charges in the State of California in 2011 - JM and sentenced to 240 days in jail. An employee of the San Mateo County, California, Clerk's Office has confirmed that NAUFAHU was, in fact, convicted of a felony charge.

6. The firearm recovered from NAUFAHU was identified as a Smith & Wesson .38 caliber revolver, bearing serial number 449J44. The firearm was loaded with 5 rounds of ammunition.

7. I have consulted with an ATF Special Agent knowledgeable and trained in the origin and manufacturing of firearms, and he has

informed me that the handgun, serial number 449JRR, recovered from NAUFAHU, was manufactured outside the State of Hawaii and thus previously traveled in interstate commerce.

8. Based on the foregoing and on my training and experience, I believe probable cause exists to believe that on or about July 19, 2016, in the District of Hawaii, defendant VILIAMI TAPUKETA NAUFAHU, a convicted felon, illegally possessed a firearm, in violation of Title 18 U.S.C. Section 922(g)(1).

Further Affiant sayeth naught.

JAMES D. MITCHELL
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me this 20th day of July, 2016.

HON. J. MICHAEL SEABRIGHT
United States District Judge
District of Hawaii

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII