SEALED
BY ORDER OF THE COURT

ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Chief, Drug and Organized Crime Section

TONY R. ROBERTS
MARION PERCELL
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: tony.roberts@usdoj.gov
Email: marion.percell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 30 2016
at 6 o'clock and 00 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAAULI AMANI, (01)<br>a/k/a "Pedro,"<br>LELAUTI SAKARIA, (02)<br>a/k/a "Lowcs,"<br>a/k/a "Low Key,"<br>HERMAN FAAMAUSILI, (03)<br>a/k/a "Mani,"<br>KRYSTL ARRUIZA, (04)<br>GILBERT ENOS, (05)<br>JUNE GIBSON, (06)<br>LEE LOPEZ, (07)<br>VILIAMI NAUFAHU, (08)<br>ELDEAN TACUBAN, (09)<br>PAPA TUPUA, a/k/a "Sai," (10)<br>a/k/a "Sainga," | CR. NO. CR 16-00746 JMS<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(A),<br>841(b)(1)(B),<br>841(b)(1)(C), & 846 &<br>18 U.S.C. §§ 2,<br>922(g)(1), 924(a)(2),<br>and 924(c) |

ROGER WHITMARSH, (11) )
a/k/a "Lucky," and )
RODNEY WONG, a/k/a "Shorty," (12) )
)
Defendants. )
)

INDICTMENT

The Grand Jury charges that:

COUNT 1

From a time unknown to the grand jury but by at least as February 9, 2016 and up to and including June 2, 2016, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," LELAUTI SAKARIA, a/k/a "Lowcs" and "Low Key," and PAPA TUPUA, a/k/a "Sai," and Dorani Luavai, a/k/a "Ronnie," who is not named as a defendant herein, and others known and unknown to the Grand Jury, knowingly and intentionally conspired to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

In violation of Title 21, United States Code, Section 846.

COUNT 2

On or about July 19, 2016, in the District of Hawaii and elsewhere, defendants VILIAMI NAUFAHU and LAAULI AMANI, a/k/a "Pedro," and Dorani Luavai, a/k/a "Ronnie," who is not named as a defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

COUNTS 3-5

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants HERMAN FAAMAUSILI, a/k/a "Mani," and LAAULI AMANI, a/k/a "Pedro," did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 3 | May 25, 2016 |
| 4 | May 26, 2016 |
| 5 | June 17, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 6

On or about January 22, 2016, in the District of Hawaii and elsewhere, defendant LAAULI AMANI, a/k/a "Pedro," and Dorani Luavai, a/k/a "Ronnie," who is not named as a defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, specifically approximately 81.671 grams.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 7

On or about March 30, 2016, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," LELAUTI SAKARIA, a/k/a "Lowcs" and "Low Key," and PAPA TUPUA, a/k/a "Sai," a/k/a "Sainga," and Daryl Kuresa, a/k/a "Frost," who is not named as a defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 8

On or about April 7, 2016, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and LELAUTI SAKARIA, a/k/a "Lowcs" and "Low Key," and Daryl Kuresa, a/k/a "Frost," who is not named as a defendant herein, did knowingly and intentionally attempt to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, specifically approximately one pound or approximately 590.288 grams of methamphetamine seized from a vehicle on or about April 7, 2016.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

COUNTS 9-12

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and KRYSTL ARRUIZA did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 9 | April 7, 2016 |
| 10 | May 5, 2016 |
| 11 | May 8, 2016 |
| 12 | May 12, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNTS 13-15

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and GILBERT ENOS did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 13 | February 19, 2016 |
| 14 | February 23, 2016 |
| 15 | July 2, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 16

On or about November 29, 2015, in the District of Hawaii and elsewhere, defendant JUNE GIBSON and Dorani Luavai, a/k/a "Ronnie," and Eliu Afoa, a/k/a "Fale," who are not named as defendants herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNTS 17-31

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and JUNE GIBSON did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 17 | February 3, 2016 |
| 18 | February 6, 2016 |
| 19 | February 11, 2016 |

| | |
|---|---|
| 20 | February 12, 2016 |
| 21 | February 23, 2016 |
| 22 | February 25, 2016 |
| 23 | April 2, 2016 |
| 24 | April 2, 2016 |
| 25 | April 2, 2016 |
| 26 | April 4, 2016 |
| 27 | May 11, 2016 |
| 28 | July 7, 2016 |
| 29 | July 7, 2016 |
| 30 | July 11, 2016 |
| 31 | July 12, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 32

On or about May 5, 2016, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and JUNE GIBSON did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNTS 33-36

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and LEE LOPEZ did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 33 | May 27, 2016 |
| 34 | May 27, 2016 |
| 35 | June 20, 2016 |
| 36 | June 22, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 37

On or about June 2, 2016, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," LELAUTI SAKARIA, a/k/a "Lowcs" and "Low Key," and LEE LOPEZ did knowingly and intentionally possess with intent to distribute 50

grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNTS 38-40

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and ELDEAN TACUBAN did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 38 | February 12, 2016 |
| 39 | February 20, 2016 |
| 40 | July 13, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNTS 41-47

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro,"

and ROGER WHITMARSH, a/k/a "Lucky," did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 41 | February 3, 2016 |
| 42 | February 4, 2016 |
| 43 | February 5, 2016 |
| 44 | February 12, 2016 |
| 45 | February 12, 2016 |
| 46 | February 22, 2016 |
| 47 | February 23, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNTS 48-62

On or about the dates listed below, in the District of Hawaii and elsewhere, defendants LAAULI AMANI, a/k/a "Pedro," and RODNEY WONG, a/k/a "Shorty," did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| Count | Date |
|---|---|
| 48 | February 11, 2016 |
| 49 | February 16, 2016 |
| 50 | February 17, 2016 |
| 51 | February 25, 2016 |
| 52 | May 6, 2016 |
| 53 | May 9, 2016 |
| 54 | May 13, 2016 |
| 55 | May 17, 2016 |
| 56 | May 19, 2016 |
| 57 | May 22, 2016 |
| 58 | May 24, 2016 |
| 59 | May 27, 2016 |
| 60 | May 27, 2016 |
| 61 | May 31, 2016 |
| 62 | June 1, 2016 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 63

On or about July 19, 2016, in the District of Hawaii, defendant VILIAMI NAUFAHU, during and in relation to a drug trafficking crime, namely possession with intent to distribute 500 grams or more of methamphetamine as charged in Count 2 of this Indictment, did knowingly carry a loaded firearm, namely a Smith & Wesson .38 caliber handgun, serial number 449J44, loaded

with five rounds of .38 caliber bullets, and did knowingly possess said firearm in furtherance of said crime.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT 64

On or about July 19, 2016, in the District of Hawaii, defendant VILIAMI NAUFAHU, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting interstate commerce, a firearm, namely a Smith & Wesson .38 caliber handgun, serial number 449J44, loaded with five rounds of .38 caliber bullets, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

FIRST FORFEITURE ALLEGATION

1. The allegations contained in all paragraphs of Counts 1 through 62 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 21, United States Code, Section 853.

2. The United States hereby gives notice to the defendants that, upon conviction of the offenses charged in Counts 1 through 62 of this Indictment, the government will seek forfeiture, in accordance with Title 21, United States Code, Section 853(a), of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations of Title 21, United States Code, Sections 841 and 846, alleged in Counts 1 through 62 of this Indictment, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations of Title 21, United States Code, Sections 841 and 846, alleged in Counts 1 through 62 of this Indictment, including but not limited to approximately $52,754 seized from defendant VILIAMI NAUFAHU on or about July 19, 2016.

3. If by any act or omission of a defendant, any of the property subject to forfeiture described in paragraph 2 herein:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party,

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

SECOND FORFEITURE ALLEGATION

1. The allegations contained in all paragraphs of Counts 63 and 64 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The United States hereby gives notice to defendant VILIAMI NAUFAHU that, upon conviction of the offense charged in Count 63 and/or Count 64 of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States

Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g) or Section 924(c), including but not limited to a Smith & Wesson .38 caliber handgun, serial number 449J44, loaded with five rounds of .38 caliber bullets, seized from defendant VILIAMI NAUFAHU on July 19, 2016.

3. If by any act or omission of a defendant, any of the property subject to forfeiture described in paragraph 2 herein:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party,

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty, the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2,

//

//

//

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461.

DATED: November 30, 2016, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

T. Muehleck
THOMAS MUEHLECK
Chief, Drug and Organized
Crime Section

Tony R. Roberts
TONY R. ROBERTS
MARION PERCELL
Assistant U.S. Attorneys

United States v. LAAULI AMANI,
INDICTMENT
Cr. No. ____________