rlf
USA
Service

ORIGINAL

LODGED
DEC 09 2016 4pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 12 2016
at 12 o'clock and 34 min. P M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

TONY R. ROBERTS
Assistant U.S. Attorney
PJKK, Federal Building
300 Ala Moana Blvd.,Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Tony.roberts@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LELAUTI SAKARIA, (02)<br>a/k/a "Lowcs,"<br>a/k/a "Low Key,"<br>Defendant. | CR. NOs. 16-00746 JMS-02<br>16-00784 HG-02<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Warden Nolan Espinda, Halawa Correctional Facility, 99-902 Moanalua Highway, Aiea, HI 96701; and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden, Nolan Espinda, Halawa Correctional Facility, Aiea, Hawaii, produce the body of LELAUTI

SAKARIA, a/k/a "Lowcs," a/k/a "Low Key," now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Richard L. Puglisi, United States Magistrate Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on December 20, 2016, at the hour of 2:00 p.m. for an initial appearance for an Indictment against said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said LELAUTI SAKARIA, a/k/a "Lowcs," a/k/a "Low Key," shall remain with the United States Marshal. The delivery of the body of said LELAUTI SAKARIA, a/k/a "Lowcs," a/k/a "Low Key," by the United States Marshal to the courtroom of the Honorable Richard L. Puglisi, as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said LELAUTI SAKARIA, a/k/a "Lowcs," a/k/a "Low Key,", to the custody of the Halawa Correctional Facility, Aiea, Hawaii, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Richard L. Puglisi, Magistrate of the United States District Court for the District of Hawaii.

DATED: December 12, 2016, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

DEPUTY CLERK

United States v. Lelauti Sakaria, a/k/a "Lowcs," a/k/a "Low Key"
CR. NOs. 16-00746 JMS-02 & 16-00784 HG-02
"Writ of Habeas Corpus Ad Prosequendum"